# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

128315

WILLIAM D. NUMERICK, JR.,
      Plaintiff-Appellant,

v

HEATHER A. KRULL, a/k/a
HEATHER A. SMITH,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128315
COA: 249172
Gd Traverse CC: 03-001891-DP

On order of the Court, the application for leave to appeal the February 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005



Clerk

p0929